## No. 6916.

### A. W. BAIRD UNDER TUTOR VS. L. E. LOVE ET AL.

A petitory action must be brought against the person in actual possession of the land. If he disclaims title, he must call in the person under whom he holds, but the actual possessor is a necessary party to the suit. The law has so much respect for possession under a claim of right, that it will not permit the person holding such possession to be ousted, until a superior right under a valid adverse title is established contradictorily with him.

APPEAL from the District Court for Red River.    HALL, J., *ad hoc.*

*L. B. Watkins* and *Egan & Ogden* for Plaintiff.    *Jack* and *J. F. Pierson* for Defendants Appellants.

MARR, J., delivered the opinion, affirming the judgment in part and reversing in part.